**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO GONZALES,<br><br>        Petitioner,<br><br>   v.<br><br>BILL RUTLEDGE, et al.,<br><br>        Respondents. | Case No. 1:17-cv-00387 LJO JLT<br><br>ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE<br><br>Old Case No.:  1:17-cv-00387 LJO JLT<br><br>**New Case No.: 1:17-cv-00387 LJO BAM** |

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be 1:17-cv-00387 LJO BAM. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

   Dated:   **March 21, 2017**                    **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE