# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>BILL RUTLEDGE, et al.,<br><br>    Defendants. | 1:17-cv-00387-LJO-BAM<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS; DECLARATION OF GERARDO GONZALES WITH EXHIBITS<br><br>(Doc. 5) |

Plaintiff Gerardo Gonzales ("Plaintiff"), proceeding pro se, initiated this civil action on March 16, 2017. Plaintiff also sought leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2).

On April 6, 2017, the Court issued findings and recommendations recommending that Plaintiff's application to proceed without prepaying fees or costs be denied. The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days. (Doc. 4).

On April 17, 2017, Plaintiff filed objections to the findings and recommendations, along with a supporting declaration.[1] However, the document is not signed by Plaintiff. Unsigned filings cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131(b).

---

[1] Although the document references exhibits, no exhibits or attachments were filed.

Accordingly, if Plaintiff wishes to submit objections and a supporting declaration, then he must file <u>signed</u> versions of those documents within fourteen (14) days following service of this order.

IT IS SO ORDERED.

Dated: **April 19, 2017** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE