# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>BILL RUTLEDGE, et al.,<br><br>    Defendants. | 1:17-cv-00387-LJO-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD MOTION TO WITHDRAW TO NINTH CIRCUIT COURT OF APPEALS<br><br>(Doc. No. 19)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT<br><br>(Doc. No. 18) |

Plaintiff Gerardo Gonzales ("Plaintiff"), proceeding *pro se*, initiated this civil action on March 16, 2017. On December 14, 2017, the Court dismissed this action based on Plaintiff's failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915, and judgment was entered. (Doc. Nos. 13 and 14.) Plaintiff filed a notice of appeal, which was processed to United States Court of Appeals for the Ninth Circuit. (Doc. Nos. 15 and 16.)

On January 4, 2018, Plaintiff filed an application to proceed in forma pauperis on appeal. (Doc. No. 18.) Shortly thereafter, on January 8, 2018, Plaintiff filed a document titled, "Motion to Withdraw Appeal." (Doc. No. 19.) In that document, Plaintiff states that he "wishes to withdraw his request for appeal on case 1:17-cv-00387-LJO-BAM." (*Id.* at p. 1.) Plaintiff also

1

states that "[d]ue to unforeseen circumstances in State Court, and needs to refile as advised by Fifth District Court of Appeals, Fresno." (*Id.*)

Although Plaintiff's motion does not provide significant information or clear explanation, it is apparent that Plaintiff wishes to withdraw his appeal in this action. As there is no indication that Plaintiff concurrently filed his motion in the appellate court, Plaintiff's motion will be forwarded to the Ninth Circuit for consideration and the motion will be terminated on this Court's docket. Additionally, Plaintiff's pending motion to proceed in forma pauperis on appeal shall be denied as moot.

Based on the above, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is respectfully directed to forward a copy of Plaintiff's Motion to Withdraw Appeal (Doc. No. 19) to the United States Court of Appeals for the Ninth Circuit and terminate the motion on this Court's docket; and

2. Plaintiff's motion to proceed in forma pauperis on appeal (Doc. No. 18) is denied as moot.

IT IS SO ORDERED.

Dated: **January 11, 2018**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE